IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LORENZO FORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| ILLINOIS DEPARTMENT OF REVENUE, | ) ) ) |
| Defendant. | ) **JURY DEMAND** |

## Complaint

The Plaintiff, Lorenzo Ford ("Ford"), in support of his complaint against the Defendant, Illinois Department of Revenue (the "IDOR"), states as follows:

### Nature of Complaint

1. Ford's claim is that he has been denied a reasonable accommodation under the Americans with Disabilities Act, 42 U.S.C. § 12112(b)(5).

2. Ford's complaint alleges violations of federal law and this Court has jurisdiction to hear those claims pursuant to 28 U.S.C. 1331.

3. Ford previously filed a complaint with the United States Equal Employment Opportunity Commission alleging that he had been discriminated against in violation of his rights under the ADA. On June 27, 2022, the United States Department of Justice issued a right to sue notice.

## Factual Background

5. Ford is an adult who is employed by IDOR as a Tax Specialist I in Springfield, Illinois.

6. The IDOR is a state agency that is headquartered in Sangamon County, Illinois.

7. Ford suffers from a medical condition that constitutes a disability under the Americans with Disabilities Act.

8. Ford provided a request to the IDOR that his disability be accommodated. In addition to submitting his request for an accommodation he provided medical documentation outlining the need for his accommodation.

9. Ford has requested that the IDOR provide him with the accommodation of being allowed to work remotely on multiple occasions. These requests have consistently been denied and/or simply ignored.

10. The accommodation that Ford has requested is necessary for him to be able to perform his job duites.

11. Ford's most recent request for an accommodation occurred on January 31, 2022, and included a lengthy evaluation from a psychiatrist that outlined why the accommodation was necessary.

12. The remote work accommodation that Ford requested was reasonable and it was something that IDOR has provided to other individuals who are employed in the same classification.

13.     As a result of the IDOR denying him his requested accommodation Ford is not able to perform his job duties. As such, he has been required to take an unpaid leave of absence from his employment. This has caused him significant financial damages.

14.     Ford continues to sustain damages as a result of IDOR's actions.

15.     As a result of the foregoing Ford's rights under the Americans with Disabilities Act have been violated and he has been damaged as a result.

Wherefore, Lorenzo Ford requests that this Court enter judgment in his favor and against the IDOR and make the following findings:

1.      An order finding that he was unlawfully discriminated against in violation of the Americans with Disabilities Act.

2.      An award of damages for the injuries that he has sustained and an order directing IDOR to provide the accommodation Ford has requested.

3.      An award of fees and costs.

4.      Any other relief that is appropriate.

**FORD REQUESTS A JURY TRIAL FOR EACH CLAIM**

Lorenzo Ford

By: /s/ John A. Baker
    His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:      (217) 522-3445
Facsimile:      (217) 522-8234
Email:          jab@bbklegal.com